

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00184 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1) |
| | ) | & 18 U.S.C. § 2] |
| STAN MATAELE, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about May 16, 1996, in the District of Hawaii, defendant STAN MATAELE, knowingly and intentionally distributed a quantity of crystal methamphetamine-"ice," in excess of 10 grams, to wit, approximately 12.4 grams of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about May 24, 1996, in the District of Hawaii, defendant STAN MATAELE, knowingly and intentionally distributed a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: May 10, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
THOMAS MUEHLECK
Assistant U.S. Attorney