PROB. 12B
(7/93)

ORIGINAL



# United States District Court

### for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  STAN MATAELE         Case Number:  CR 01-00184DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                        U.S. District Judge

Date of Original Sentence:  4/7/2005

Original Offense:   Count 1:  Distribution of More Than 10 Grams of Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class B felony

Count 2:  Distribution of a Quantity of Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class C felony

Original Sentence:   Eight (8) months imprisonment and four (4) years supervised release with the following special conditions:  1) Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) Defendant is prohibited from possessing any illegal or dangerous weapons; 3) Defendant shall provide the Probation Office with access to any requested financial information; 4) Defendant shall perform 400 hours of community service, 100 hours per year of supervision, as directed by the Probation Office.  Community service may be performed in the Tongan community or in the schools, as directed by the Probation Office; and 5) That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office.  The defendant may leave his place of residence for medical or church reasons, with the prior approval of the Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring

Prob 12B
(7/93)

2

procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

Type of Supervision: Supervised Release    Date Supervision Commenced: 1/23/2006

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

> *Stan Mataele, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. § 3583(d).*

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 1/23/2006. Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification. Reportedly, the subject will soon complete an outpatient substance abuse treatment program. In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance. The subject's substance abuse history includes the use of marijuana and cocaine prior to his arrest for the instant offense. The subject also tested positive for cocaine while on pretrial supervision.

Given the relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse need to be continued following the successful transition from outpatient treatment. Allowing the probation officer to continue random drug testing after treatment is considered the most reliable method for monitoring relapse.

Prob 12B
(7/93)

3

    Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/28/2007

---

THE COURT ORDERS:

[ X ]  The Modification of Conditions as Noted Above
[   ]  Other

DAVID ALAN EZRA
U.S. District Judge

Date

PROB 49
(3/89)

# United States District Court

_____ District _____ of Hawaii _____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    Stan Mataele, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583 (d).

Witness _____[signature]_____       Signed _____[signature]_____
       U.S. Probation Officer                    Probationer or Supervised Releasee

                       02/01/07
                        Date